**E-Filed 4/13/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIANA SERRANO,<br><br>   Plaintiff,<br><br>   v.<br><br>Impac WAREHOUSE LENDING GROUP INC., RECONTRUST, COUNTRYWIDE HOME LOANS INC., INFINITY FINANCIAL CONSULTANTS INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.<br><br>   Defendants. | Case Number C 09-00476 JF (HRL)<br><br>**ORDER[1] GRANTING MOTION TO DISMISS**<br><br>[Re: Docket No. 5] |

Plaintiff Diana Serrano alleges that Defendant Impac Warehouse Lending Group Inc., ReconTrust, Countrywide Home Loans, Inc. ("Countrywide"), Infinity Financial Consultants Inc., and Mortgage Electronic Registration Systems, Inc.("MERS")  committed a series of federal and California statutory and common-law violations in connection with the Trustee's sale of her home.  On February 10, 2009, Defendants Countrywide, ReconTrust and MERS ("Moving Defendants") move to dismiss the complaint against them for failure to state a claim upon which relief may be granted.  The motion is unopposed.  The Court has reviewed the complaint and the

---

[1] This disposition is not designated for publication in the official reports

Case No. CV 09-00476 JF (HRL)
ORDER GRANTING MOTION TO DISMISS
(JFEX1)

Moving Defendants' moving papers. Moving Defendants' arguments are well-taken. Accordingly, the motion to dismiss will be granted with leave to amend. Any amended pleading shall be filed not later than thirty days from the date of this order.

**IT IS SO ORDERED.**

DATED: 4/10/09

_____
JEREMY FOGEL
United States District Judge

1  This Order was served on the following persons:

2  Deborah Anne Goldfarb     deborah.goldfarb@bryancave.com, geneva.hill@bryancave.com

3  James Goldberg , Esq     james.goldberg@bryancave.com, kedra.chan@bryancave.com

4  Reuben Lagbao Nocos     rlnocos@nocoslaw.com

3

Case No. CV 09-00476 JF (HRL)
ORDER GRANTING MOTION TO DISMISS
(JFEX1)